382 A.2d 760

Scarlett v. Scarlett, Appellant.

Argued September 15, 1977. Charles J. Weiss, with him Timoney, Knox, Hasson & Weand, for appellant; Albert C. Oehrle, and Wilson, Oehrle & Drayer, submitted a brief for appellee.

OPINION PER CURIAM: The order of the lower court is vacated, and the case is remanded for a full opinion stating the lower court's reasons for its visitation order. *Gunter v. Gunter*, 240 Pa.Superior Ct. 382, 361 A.2d 307 (1976); *Commonwealth ex rel. Grillo v. Shuster*, 226 Pa.Superior Ct. 229, 312 A.2d 58 (1973).

VAN der VOORT, J., dissents.